IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02537-RPM

JANIE OLSEN,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16.2A, it is

ORDERED that a scheduling conference will be held on **February 2, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, the proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: December 16th, 2005

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge