UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-02537-RPM-BNB

JANIE OLSEN,

  Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

  Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

  THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice

executed by counsel for Plaintiff and by counsel for Defendant, and the Court having reviewed the

Stipulation and being fully advised;

  IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of

or relating to Plaintiff's claim for enhanced PIP benefits are hereby dismissed WITH PREJUDICE,

each party to pay their own costs and fees.

  DATED this 13th  day of March, 2006.

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior Judge